UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:

     Ryan Ramirez dba Regain Physical Therapy,
LLC, dba Gait Physical Therapy, LLC

**Order Filed on September 17,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey**

Case No:   <u>19-23215 JKS</u>

Chapter: <u>7</u>

Hearing Date: September 10, 2019 at 10:00 A.M.

**Judge:**  John K. Sherwood

| Recommended Local Form | ☐ | Followed | ☐ | Modified |
|---|---|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 17, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of Toyota Motor Credit Corporation, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is


ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:


☐      Real Property More Fully Described as:


■      Personal Property More Fully Describes as: **2016 TOYOTA TUNDRA , VIN:
5TFDY5F11GX555371,**


It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.



The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.


*rev. 7/12/16*