**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable John K. Sherwood, U.S. Bankruptcy Judge

| **CASE NUMBER:** 19−23215−JKS | **DATE FILED::** 7/7/19 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Ryan Ramirez<br>dba Regain Physical Therapy, LLC, dba Gait Physical Therapy, LLC<br>xxx−xx−2563<br>47−2587084, 47−2482107 | ADDRESS OF DEBTOR(S):<br><br>140 Chestnut Street<br>Bellleville, NJ 07109 |
| DEBTOR'S ATTORNEY:<br>Steven Martino<br>Iacullo Martino, LLC<br>247 Franklin Avenue<br>Nutley, NJ 07110<br><br>973−235−1550 | TRUSTEE:<br>David Wolff<br>Law Offices of David Wolff LLC<br>396 Route 34<br>Matawan, NJ 07747<br>732−566−1189 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

12/26/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: September 30, 2019                         FOR THE COURT
                                                  Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 19-23215-JKS
Ryan Ramirez                                                     Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1              Date Rcvd: Sep 30, 2019
                               Form ID: noa                 Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db            +Ryan Ramirez,    140 Chestnut Street,    Bellleville, NJ 07109-1925
aty           +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7116
cr            +Daimler Trust,    c/o BK Servicing, LLC,    P.O. Box 131265,    Roseville, MN 55113-0011
518340078     +Christy Ramirez,    140 Chestnut Street,    Belleville NJ 07109-1925
518338088     +Colleen M. Hirst, Esq.,    Tenaglia & Hunt, PA,    395 West Passaic Street, Suite 205,
                Rochell Park, NJ 07662-3016
518338089     +Eagle Rock Resort Co.,    5495 Belt Line Road, Suite 200,    Dallas, TX 75254-7658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2019 01:38:53     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2019 01:38:50     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518338085      EDI: BANKAMER.COM Oct 01 2019 05:08:00     Bank of America,    P.O. Box 982238,
                El Paso, TX 79998
518338086     +E-mail/Text: customerservice@banleaco.com Oct 01 2019 01:38:48     Bankers Leasing,
                P.O. Box 7740,    Urbandale, Iowa 50323-7740
518338087     +EDI: CITICORP.COM Oct 01 2019 05:08:00     Citibank NA,    701 East 60th Street North,
                Siuox Falls, South Dakota 57104-0493
518338084     +EDI: DAIMLER.COM Oct 01 2019 05:08:00     Mercedes Benz Financial,    P.O. Box 961,
                Roankoke, Iowa 76262-0961
518338091      EDI: TFSR.COM Oct 01 2019 05:08:00     Toyota,    5005 N. River Blvd. NE,
                Cedar Rapids, Iowa 52411-6634
518338092     +EDI: WFFC.COM Oct 01 2019 05:08:00     Wells Fargo Home Mortgage,    P.O. Box 14411,
                Des Moines, IA 50306-3411
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518338090        Sears CBNA
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven  Martino    on behalf of Debtor Ryan  Ramirez SteveM@Iacullomartino.com,
               DawnP@Iacullomartino.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```