UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
396 Route 34
Matawan, New Jersey  07747
(732) 566-1189
DW/3331

**Order Filed on October 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

RYAN RAMIREZ,

Debtor.

Case No.: _____19-23215-JKS_____

Judge: _____John K. Sherwood_____

Chapter: _____7_____

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER AUTHORIZING RETENTION OF  COUNSEL

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 8, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

In re: <u>Ryan Ramirez</u>

Case No.: <u>19-23215-JKS</u>

Applicant: <u>David Wolff</u>

(check all that apply) ☑ Trustee: ☑ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:  <u>Law Offices of David Wolff LLC</u>

Address of Professional:  <u>396 Route 34</u>

<u>Matawan, New Jersey 07747</u>

<u>(732) 566-1189</u>

<u>(732) 566-1192 fax</u>

☑ Attorney for (check all that apply):

☑ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the Application for retention was filed with the Court.

*Rev. 6/1/06; jml*