UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov

Order Filed on October 9, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Ryan Ramirez,

Debtor.

Case No.: 19-23215 (JKS)

Chapter 7

Judge: Honorable John K. Sherwood

### CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 9, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Debtor: Ryan Ramirez

Chapter 7 Case No.: 19-23215 (JKS)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

_____

       THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel, Jeffrey M. Sponder, Esq., and Steven Martino, Esq., counsel for the Debtor, Ryan Ramirez, and for other good cause shown, it is hereby

       **ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **December 10, 2019**; and it is further;

       **ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

The form and entry of the order is
hereby acknowledged and agreed to:

Without Objection:

 

Andrew R. Vara

Attorney for the Debtor

Acting United States Trustee, Region 3

 

By:   _/s/ Steven Martino_
      Steven Martino, Esq.
      Attorney for the Debtor

By:   _/s/ Jeffrey M. Sponder_
      Jeffrey M. Sponder, Esq.
      Trial Attorney