UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov

Order Filed on December 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ryan Ramirez,

Debtor.

Case No.: 19-23215 (JKS)

Chapter 7

Judge: Honorable John K. Sherwood

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. §§ 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 11, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Ryan Ramirez

Chapter 7 Case No.: 19-23215 (JKS)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, Acting United States Trustee, by and through his counsel, Jeffrey M. Sponder, Esq., and Steven Martino, Esq., counsel for the Debtor, Ryan Ramirez, and for other good cause shown, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the Acting United States Trustee and/or the Chapter 7 trustee must be filed on or before **January 10, 2020**; and it is further;

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. §§ 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| Attorney for the Debtor | Andrew R. Vara<br>Acting United States Trustee, Region 3 |
| By:  */s/ Steven Martino*<br>    Steven Martino, Esq.<br>    Attorney for the Debtor | By:  */s/ Jeffrey M. Sponder*<br>    Jeffrey M. Sponder, Esq.<br>    Trial Attorney |

United States Bankruptcy Court
District of New Jersey

In re:  
Ryan Ramirez  
    Debtor

Case No. 19-23215-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 11, 2019  
                             Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.  
db          +Ryan Ramirez,    140 Chestnut Street,    Bellleville, NJ 07109-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:  
           David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com  
           David   Wolff    on behalf of Trustee David   Wolff dwtrustee@verizon.net  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,  
            jeffrey.m.sponder@usdoj.gov  
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
            kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Steven   Martino    on behalf of Debtor Ryan   Ramirez SteveM@Iacullomartino.com,  
            DawnP@Iacullomartino.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                   TOTAL: 7