UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  RYAN RAMIREZ

Case No.: 19-23215-JKS
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_____David Wolff_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> 50 Walnut Street
> 3rd Floor
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __January 28, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property (vacant land) located at Lot 602 Subdivision MV Section, Eagle Rock Resort f/k/a Valley of Lakes Subdivision in Township of Hazle, County of Luzerne, Pennsylvania
>
> Value: $35,000.00

> Liens on property:
>
> Eagle Rock Resort Co.
>
> $33,000.00 (approximately)

> Amount of equity claimed as exempt:
> $0.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

*rev.8/1/15*

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-23215-JKS
Ryan Ramirez                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Dec 27, 2019
                              Form ID: pdf905          Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db             +Ryan Ramirez,    140 Chestnut Street,    Bellleville, NJ 07109-1925
aty            +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7116
cr             +Daimler Trust,   c/o BK Servicing, LLC,    P.O. Box 131265,    Roseville, MN 55113-0011
cr             +Wells Fargo Bank, N.A.,    MAC #-F2303-01E,   One Home Campus,    Des Moines, IA 50328-0001
518338085      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
518582114      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518340078      +Christy Ramirez,    140 Chestnut Street,    Belleville NJ 07109-1925
518338087      +Citibank NA,   701 East 60th Street North,    Siuox Falls, South Dakota 57104-0493
518626748       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518338088      +Colleen M. Hirst, Esq.,    Tenaglia & Hunt, PA,   395 West Passaic Street, Suite 205,
                 Rochell Park, NJ 07662-3016
518338089      +Eagle Rock Resort Co.,    5495 Belt Line Road, Suite 200,   Dallas, TX 75254-7658
518338091      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota,    5005 N. River Blvd. NE,   Cedar Rapids, Iowa 52411-6634)
518338092      +Wells Fargo Home Mortgage,    P.O. Box 14411,   Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2019 23:53:27     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2019 23:53:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518338086      +E-mail/Text: customerservice@banleaco.com Dec 27 2019 23:53:17     Bankers Leasing,
                 P.O. Box 7740,   Urbandale, Iowa 50323-7740
518338084      +E-mail/Text: M74banko@daimler.com Dec 27 2019 23:54:40     Mercedes Benz Financial,
                 P.O. Box 961,   Roankoke, Iowa 76262-0961
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518338090        Sears CBNA
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David   Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven  Martino    on behalf of Debtor Ryan  Ramirez SteveM@Iacullomartino.com,
               DawnP@Iacullomartino.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```