Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−23215−JKS
          Chapter: 7
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ryan Ramirez
   dba Regain Physical Therapy, LLC, dba
   Gait Physical Therapy, LLC
   140 Chestnut Street
   Bellleville, NJ 07109

Social Security No.:
   xxx−xx−2563

Employer's Tax I.D. No.:
   47−2587084, 47−2482107

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    2/6/20
Time:    10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Law Offices of David Wolff LLC, Trustee's Attorney

COMMISSION OR FEES
$6,003.00

EXPENSES
$37.75

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 10, 2020
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-23215-JKS
Ryan Ramirez                                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1          Date Rcvd: Jan 10, 2020
                            Form ID: 137           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db         +Ryan Ramirez,    140 Chestnut Street,    Bellleville, NJ 07109-1925
aty        +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7116
cr         +Daimler Trust,    c/o BK Servicing, LLC,    P.O. Box 131265,    Roseville, MN 55113-0011
cr         +Wells Fargo Bank, N.A.,    MAC #-F2303-01E,    One Home Campus,    Des Moines, IA 50328-0001
518338085  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
518582114   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518340078   +Christy Ramirez,    140 Chestnut Street,    Belleville NJ 07109-1925
518338087   +Citibank NA,    701 East 60th Street North,    Siuox Falls, South Dakota 57104-0493
518626748    Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518338088   +Colleen M. Hirst, Esq.,    Tenaglia & Hunt, PA,    395 West Passaic Street, Suite 205,
             Rochell Park, NJ 07662-3016
518338089   +Eagle Rock Resort Co.,    5495 Belt Line Road, Suite 200,    Dallas, TX 75254-7658
518338091  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota,    5005 N. River Blvd. NE,    Cedar Rapids, Iowa 52411-6634)
518338092   +Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518338086   +E-mail/Text: customerservice@banleaco.com Jan 11 2020 00:31:47    Bankers Leasing,
             P.O. Box 7740,    Urbandale, Iowa 50323-7740
518338084   +E-mail/Text: M74banko@daimler.com Jan 11 2020 00:33:10    Mercedes Benz Financial,
             P.O. Box 961,    Roankoke, Iowa 76262-0961
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518338090     Sears CBNA
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David   Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven   Martino    on behalf of Debtor Ryan  Ramirez SteveM@Iacullomartino.com,
               DawnP@Iacullomartino.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7