Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:   19–23215–JKS
Chapter:   7
Judge:   John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ryan Ramirez
   dba Regain Physical Therapy, LLC, dba
   Gait Physical Therapy, LLC
   140 Chestnut Street
   Bellleville, NJ 07109

Social Security No.:
   xxx–xx–2563

Employer's Tax I.D. No.:
   47–2587084, 47–2482107

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:              May 21, 2020
TIME:              10:00 AM
LOCATION:     Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:             $13,053.52
TOTAL DISBURSEMENTS:   $4.48
BALANCE ON HAND:          $13,049.04

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
David Wolff Chapter 7 Trustee

COMMISSION OR FEES
$2,055.35

EXPENSES
$22.60

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: April 20, 2020
JAN: dlr

                                                    Jeanne Naughton
                                                    Clerk