Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–23215–JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ryan Ramirez
dba Regain Physical Therapy, LLC, dba
Gait Physical Therapy, LLC
140 Chestnut Street
Bellleville, NJ 07109

Social Security No.:
xxx–xx–2563

Employer's Tax I.D. No.:
47–2587084, 47–2482107

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:          May 21, 2020
TIME:          10:00 AM
LOCATION:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $13,053.52
TOTAL DISBURSEMENTS:     $4.48
BALANCE ON HAND:         $13,049.04

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
David Wolff Chapter 7 Trustee

COMMISSION OR FEES
$2,055.35

EXPENSES
$22.60

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: April 20, 2020
JAN: dlr

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-23215-JKS
Ryan Ramirez                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Apr 20, 2020
                             Form ID: 192             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2020.
```
db            +Ryan Ramirez,    140 Chestnut Street,    Bellleville, NJ 07109-1925
aty           +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7116
cr            +Daimler Trust,    c/o BK Servicing, LLC,    P.O. Box 131265,    Roseville, MN 55113-0011
cr            +Wells Fargo Bank, N.A.,    MAC #-F2303-01E,   One Home Campus,    Des Moines, IA 50328-0001
518338085    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
518582114     +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518340078     +Christy Ramirez,    140 Chestnut Street,    Belleville NJ 07109-1925
518338087     +Citibank NA,    701 East 60th Street North,    Siuox Falls, South Dakota 57104-0493
518626748      Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518338088     +Colleen M. Hirst, Esq.,    Tenaglia & Hunt, PA,    395 West Passaic Street, Suite 205,
               Rochell Park, NJ 07662-3016
518338089     +Eagle Rock Resort Co.,    5495 Belt Line Road, Suite 200,    Dallas, TX 75254-7658
518338091    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:   Toyota,    5005 N. River Blvd. NE,    Cedar Rapids, Iowa 52411-6634)
518338092     +Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2020 00:03:50      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2020 00:03:47      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518338086     +E-mail/Text: bfinley@banleaco.com Apr 21 2020 00:03:43      Bankers Leasing,    P.O. Box 7740,
               Urbandale, Iowa 50323-7740
518338084     +E-mail/Text: M74banko@daimler.com Apr 21 2020 00:04:28      Mercedes Benz Financial,
               P.O. Box 961,    Roankoke, Iowa 76262-0961
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518338090      Sears CBNA
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
```
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David   Wolff    on behalf of Trustee David   Wolff dwtrustee@verizon.net
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven  Martino    on behalf of Debtor Ryan   Ramirez SteveM@Iacullomartino.com,
               DawnP@Iacullomartino.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```