| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DAVID WOLFF<br>396 ROUTE 34<br>MATAWAN, NJ  07747<br>Chapter 7 Trustee |

Order Filed on May 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>RAMIREZ, RYAN<br><br>Debtor. | Case No.: 19-23215-JKS<br><br>Judge: JOHN K. SHERWOOD |
|---|---|

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 22, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: RAMIREZ, RYAN
Case No.: 19-23215-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 2055.35 is reasonable compensation for the services in this case by DAVID WOLFF, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 22.60 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Ryan Ramirez  
       Debtor

Case No. 19-23215-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 22, 2020  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2020.  
db          +Ryan Ramirez,   140 Chestnut Street,   Bellleville, NJ 07109-1925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2020 at the address(es) listed below:  
       David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com  
       David   Wolff    on behalf of Trustee David  Wolff dwtrustee@verizon.net  
       Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,  
        jeffrey.m.sponder@usdoj.gov  
       Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation  
        kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Steven   Martino    on behalf of Debtor Ryan  Ramirez SteveM@Iacullomartino.com,  
        DawnP@Iacullomartino.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 7