Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.: 19–23215–JKS
                       Chapter:  7
                       Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ryan Ramirez
    dba Regain Physical Therapy, LLC, dba
    Gait Physical Therapy, LLC
    140 Chestnut Street
    Bellleville, NJ 07109

Social Security No.:
    xxx–xx–2563

Employer's Tax I.D. No.:
    47–2587084, 47–2482107

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that David Wolff is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 25, 2020</u>            <u>John K. Sherwood</u>
                                        Judge, United States Bankruptcy Court